KATHERINE L JOHNSON
683 SADDLE BACK WAY
SAN MAROCS CA 92078
(760) 798-0396 OR (760) 458-3279
TIMKAT1@COX.NET

13 NOV -6 PM 2:38

DS               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'13 CV 2670 CAB KSC

Katherine L. Johnson

v.

San Marcos Unified School District

Case No.: _____
(To be assigned at time of filing)

COMPLAINT FOR
(Brief description of document)

Plaintiff alleges:

Dated:_____

_____
(Signature)

COMPLAINT FOR - 1

October 1, 2013

**'13 CV 2670 CAB KSC**
13 NOV -6 PM 2:39

I'll make this brief and focus on the timeline.

1) My term of FMLA was from **APRIL 5, 2010 – APRIL 4, 2011 (can use up to 90 days in this 1 year time period)**
2) Suspended/terminated **on March 7, 2011**, which was less than 1 month **before FMLA would have run out for that 1 year time period**
3) I was never able to return to work because the suspension letter says "placed on suspension until further notice" ordered not to come on to any District facility. The suspension notice also stated that it was a **NOTICE OF INTENT TO IMMEDIATELY SUSPEND WITHOUT PAY (LATER CHANGED TO WITH PAY) AND RECOMMENDATION FOR TERMINATION FROM POSITION OF TYPIST CLERK III AND STATEMENT OF CHARGES.** I was basically terminated even though my FMLA was still in effect until **April 4, 2011**
4) District approved my **FMLA in September 2010. Suspended/Terminated 6 months later**
5) According to **FMLA** law an employee cannot be terminated while under a protected Law
6) I have the District records of anytime I was absent from work during this protected time under the law. My **FMLA** ran concurrent with my paid sick leave. I was granted the accommodation by the District, per my Doctors' request that I would be able to take off 2-3 days per month during flare ups of my disability if needed. School District approved this
7) I used a total of **25 days of a 90 day leave of APPROVED FMLA**
8) Last date I was out of work sick before suspension/termination was **FEBRUARY 8, 2011**
9) As stated before, suspended/terminated on **MARCH 7, 2011**

This was a very small window of time, so I can see how it could have been missed. The timeline would have had to have been carefully analyzed. But, I believe this small window of time makes a difference in the case.

I now understand the Unions pressure for me to resign. Had I resigned I would not be able to do anything because it would have been my choice, but because I didn't resign, and the District terminated me, I strongly believe the District violated my Civil Rights.

I don't believe the EEOC would have kept my case for as long as they did if they felt there was nothing there. Using the scales of justice to explain my position, I was told I would need to provide the documentation to tip the scale in my favor. I have done this by establishing the timeline of termination and how it relates to my term of **FMLA.** I was terminated just days before my **FMLA** would have run out for the year. I believe they realized this later and tried to cover their mistakes.

Thank you for your time and consideration. I would appreciate a quick response on your decision.

Thank you.

Nov 6, 2013

Katherine L. Johnson